# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

AMY BISHOP, T'KEYHA COFFEY,
ANGELICA MALDONADO, SHANTE MCNAIRY,
and **ALEXANDRIA REED**, *Individually,*
*and on behalf of themselves and other similarly*
*situated current and former employees,*

       Plaintiffs,

v.

**TYSON RANCH PROCESSING, LLC,**
*a Delaware Limited Liability Company,*
**TYSON HOLISTIC HOLDINGS, INC.,**
*a California Corporation, and*
**ROBERT A. HICKMAN,**
*an Individual,*

       Defendants.

NO. _____

**FLSA Collective Action**
**JURY DEMANDED**

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    I hereby consent to be a party plaintiff pursuant to 29 U.S.C. § 216(b) against Tyson Ranch Processing, LLC et al. for unpaid wages.

**Client**
Amy Bishop

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

AMY BISHOP, T'KEYHA COFFEY,
ANGELICA MALDONADO, SHANTE MCNAIRY,
and **ALEXANDRIA REED**, *Individually,*
*and on behalf of themselves and other similarly*
*situated current and former employees,*

      Plaintiffs,

v.

**TYSON RANCH PROCESSING, LLC,**
*a Delaware Limited Liability Company,*
**TYSON HOLISTIC HOLDINGS, INC.,**
*a California Corporation, and*
**ROBERT A. HICKMAN,**
*an Individual,*

      Defendants.

NO. _____

**FLSA Collective Action**
**JURY DEMANDED**

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    I hereby consent to be a party plaintiff pursuant to 29 U.S.C. § 216(b) against Tyson Ranch Processing, LLC, et al  for unpaid wages.

**Client**

T'Keyha Coffey

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

AMY BISHOP, T'KEYHA COFFEY,
ANGELICA MALDONADO, SHANTE MCNAIRY,
and ALEXANDRIA REED, *Individually,*
*and on behalf of themselves and other similarly*
*situated current and former employees,*

        Plaintiffs,

v.

TYSON RANCH PROCESSING, LLC,
*a Delaware Limited Liability Company,*
TYSON HOLISTIC HOLDINGS, INC.,
*a California Corporation, and*
ROBERT A. HICKMAN,
*an Individual,*

        Defendants.

NO. _____

FLSA Collective Action
JURY DEMANDED

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff pursuant to 29 U.S.C. § 216(b) against __Tyson Ranch__ Processing, LLC et al_ for unpaid wages.

**Client**

Angelica Maldonado

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

AMY BISHOP, T'KEYHA COFFEY,
ANGELICA MALDONADO, SHANTE MCNAIRY,
and ALEXANDRIA REED, *Individually,*
*and on behalf of themselves and other similarly*
*situated current and former employees,*

           Plaintiffs,

v.

TYSON RANCH PROCESSING, LLC,
*a Delaware Limited Liability Company,*
TYSON HOLISTIC HOLDINGS, INC.,
*a California Corporation, and*
ROBERT A. HICKMAN,
*an Individual,*

           Defendants.

NO. _____

**FLSA Collective Action**
**JURY DEMANDED**

---

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    I hereby consent to be a party plaintiff pursuant to 29 U.S.C. § 216(b) against ___Tyson Ranch___ Processing, LLC et alfor unpaid wages.



**Client**

Shante McNairy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

AMY BISHOP, T'KEYHA COFFEY,
ANGELICA MALDONADO, SHANTE MCNAIRY,
and **ALEXANDRIA REED**, *Individually,*
*and on behalf of themselves and other similarly*
*situated current and former employees,*

       Plaintiffs,

v.

**TYSON RANCH PROCESSING, LLC,**
*a Delaware Limited Liability Company,*
**TYSON HOLISTIC HOLDINGS, INC.,**
*a California Corporation, and*
**ROBERT A. HICKMAN,**
*an Individual,*

       Defendants.

NO. _____

**FLSA Collective Action**
**JURY DEMANDED**

---

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    I hereby consent to be a party plaintiff pursuant to 29 U.S.C. § 216(b) against Tyson Ranch Processing, LLC et al for unpaid wages.

**Client**
Alexandria Reed