UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY BISHOP, <br> T'KEYHA COFFEY, <br> ANGELICA MALDONADO, <br> SHANTE MCNAIRY, and <br> ALEXANDRIA REED, individually and on behalf of themselves and other similarly situated current and former employees, <br><br> Plaintiffs, <br><br> v. <br><br> TYSON RANCH PROCESSING, LLC, <br> TYSON HOLISTIC HOLDINGS, INC., <br> ROBERT A. HICKMAN, <br><br> Defendants. | NO. 3:20-cv-00781 |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 19). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE